```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

BEN MUNTZ                                                    PLAINTIFF

        v.            Civil No. 13-5278

NURSE RHONDA BRADLEY; and
DR. HOWARD                                                   DEFENDANTS

## O R D E R

Now on this 4th day of March 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #7), filed on February 10, 2014, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that **Report and Recommendation of the Magistrate Judge** (document #7) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed with prejudice**, as no claim of constitutional dimension has been stated. The Clerk of the Court is directed to place a § 1915(g) strike flag on this case.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE